UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61240

SUSAN M. EVERSOLE,

    Plaintiff,

v.                                     CIV-COHN

SYNDICATED OFFICE SYSTEMS, INC., d/b/a   MAGISTRATE JUDGE
CENTRAL FINANCIAL CONTROL,                   SNOW

    Defendant.
_____/

FILED by _____ D.C.
INTAKE
AUG 30 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. • FT. LAUD.

## COMPLAINT

1. Plaintiff, EVERSOLE, alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, EVERSOLE, is a natural person who resides in Broward County, Florida.

4. Defendant, SYNDICATED OFFICE SYSTEMS, INC., is believed to be a corporation with its principal place of business at 1500 S. Douglas Road Anaheim, CA 92806.

5. Defendant regularly uses the mails and telephone in a business, the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties. It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

7. Defendant sought to collect from Plaintiff an alleged debt arising from a hospital bill incurred by Plaintiff.

8. Defendant left the following message on Plaintiff's voice mail on or about the dates stated:

<u>August 27, 2007 at 12:21pm</u>
"Hi, this is Julie at Central Financial Control. Please call back. My number is 1-800-300-7192 extension 9668. This is in regards to North Ridge Hospital, message for Susan. Thank you".

9. Based upon information and belief, Defendant Left similar or identical messages on other occasions within one year of the filing of this complaint. (collectively, "the messages").

10. The above message constitutes "communications" as defined in 15 U.S.C. § 1692 a(2).

11. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

## COUNT I

### FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

12. Plaintiff incorporates Paragraphs 1 through 11.

13. Defendant failed to disclose in the phone message that it is a debt collector in violation of 15 U.S.C. § 1692e(11). See *Foti* v. *NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing,* 2006 U.S. Dist, LEXIS 47953 (M.D. Fla. 2006) and *Leyse v. Corporate Collection Servs.,* 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: August 30, 2007
Fort Lauderdale, Florida

Respectfully submitted,

BY: *(signature)*
Dion J. Cassata
Fla. Bar No. 672564
*dion@cassatahanson.com*

**CASSATA & HANSON, P.L.**
320 Southeast Tenth Court
Fort Lauderdale, Florida 33316

Phone:      (954) 364-7803
Facsimile:  (954) 251-4787

3

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

**07-61240**

**MAGISTRATE JUDGE SNOW**

**FILED by ___ D.C.**
**INTAKE**
**AUG 30 2007**
**CLARENCE MADDOX**
**CLERK U.S. DIST. CT.**
**S.D. OF FLA. FT. LAUD.**

**CIV-COHN**

**0:07CV 61240-JIC-LSS**

| | |
|---|---|
| **I. (a) PLAINTIFF**<br>SUSAN EVERS | **DEFENDANTS**<br>SYNDICATED OFFICE SYSTEMS, INC. d/b/a<br>CENTRAL FINANCIAL CONTROL |
| **(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**<br>(EXCEPT IN U.S. PLAINTIFF CASES)<br>BROWARD | **COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**<br>CASSATA & HANSON, P.L., 320 Southeast Tenth Court, Fort Lauderdale, Florida 33316, (954) 364-7803 | **ATTORNEYS (IF KNOWN)**<br>DION J. CASSATA & JOHN J. HANSON |

**(d) CIRCLE COUNTY WHERE ACTION AROSE**
MONROE, **BROWARD**, DADE, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicates Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
THIS SUIT SEEKS TO REMEDY VIOLATIONS OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 201 et seq., (Overtime).

**IVA.** ___(1)___ days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORT | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug-Related Seizure of Prop. 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced & Corrupt Organization |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodity/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liab. | | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Econ. Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **Habeas Corpus** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent, Lease & Eject. | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determ. Equal Access/Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus and Other | | | ☐ 950 Const. of State Statute |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Prop. | | | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A **CLASS ACTION**   ☐ UNDER F.R.C.P. 23   **DEMAND $** ___   CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   None   (See instructions)   JUDGE ___   DOCKET NO. ___

**DATE** 8/30/2007   **SIGNATURE OF ATTORNEY OF RECORD** /s/ Dion J. Cassata

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. ___   Date Paid: ___   Amount: 350   M/ifp: ___

540863