UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number:  07-61240-CIV-COHN

SUSAN EVERSOLE,

    Plaintiff,

        v.

SYNDICATED OFFICE SYSTEMS, INC.,
d/b/a CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## **FINAL ORDER OF DISMISSAL**

    THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 4].  Accordingly, it is **ORDERED and ADJUDGED** that the above-styled action is therefore **DISMISSED** with prejudice.  The Clerk may close this case at this time and deny any pending motions as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of October, 2007.

_____
JAMES I. COHN
United States District Judge

copies to:

Dion Cassata, Esq.